ORRIN J. H. JOHNSON, ESQ.
Nevada State Bar No. 10629
Orrin Johnson Law
A Division of Johnson Law Practice
611 Sierra Rose Drive, Ste. B
Reno, NV 89511
(775) 525-2560
orrin@orrinjohnsonlaw.com
Attorney for Defendant

KENNETH V. WARD, ESQ.
Nevada State Bar No. 446
PO Box 2500
Fernley, NV 89408
775-721-0205
kenvwardlaw@gmail.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY LEE STUTTS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LYON, AL McNIEL, DEPUTY TYRELL JOYNER, DEPUTY ERIK PRUITT, SERGEANT BRAD POPE, DEPUTY NICHOLAS BAUGH, CARSON-TAHOE HEALTH, Dr. MAURICE MAYER, ERIK MAKI, and STEPHANIE ELMQUIST,<br><br>Defendants. | Case No. 3:19-cv-00552-MMD-CLB<br><br>STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS ON BEHALF OF MAURICE MAYER, M.D. AND STEPHANIE ELMQUIST, PA-C<br>(First Request) |

Plaintiff, JEREMY LEE STUTTS, by and through his attorneys, ORRIN J.H. JOHNSON, ESQ., of ORRIN JOHNSON LAW, and KENNETH V. WARD, ESQ., and Defendants, MAURICE MAYER, M.D. and STEPHANIE ELMQUIST, PA-C, by and through their attorneys of record, LEMONS, GRUNDY & EISENBERG, hereby respectfully submit this Stipulation, Request, and Order Extending Time to respond to the Motion to Dismiss on Behalf of said Defendants (Document 17). This Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of this Court. This is the first request for an extension of time to respond to said Defendants' Motion to Dismiss. The instant extension is requested as Plaintiff's counsel requires additional time to prepare a responsive

pleading to Defendants' Motion.

Upon agreement by and between the parties hereto as set forth herein, the undersigned respectfully request this Court grant an extension to time, up to and including December 2, 2019, for Plaintiff to file a response to said Defendants' Motion to Dismiss.

DATED this 21st day of November, 2019.

ORRIN JOHNSON LAW

By: _____
ORRIN J. H. JOHNSON, Esq.
KENNETH WARD, Esq.

*Attorneys for the Plaintiff Jeremy Stutts*

LEMONS, GRUNDY & EISENBERG

By: _____
EDWARD J. LEMONS
ALICE CAMPOS MERCADO

*Attorneys for Defendants, Maurice Mayer, M.D. and Stephanie Elmquist, PA-C*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT
Date: November 21, 2019

## CERTIFICATE OF SERVICE

I certify that I am an employee of Johnson Law Practice and that on ___Nov. 21___, 2019, I caused to be served a copy of the foregoing document, by:

☐ Faxing, and/or

☑ Electronically filing CM/ECF, and/or

☐ Delivering via _____ Messenger Service, and/or

☐ Placing in the US Mail, and/or

☐ Hand delivering, and/or

☐ Emailing

said document addressed to:

John H. Cotton, Esq.
Michael D. Navratil, Esq.
JOHN H. COTTON & ASSOCIATES, LTD.
7900 W Sahara Ave, Ste 200
Las Vegas, NV 89117

Edward J. Lemons, Esq.
Alice Campos Mercado, Esq.
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, 3rd Floor
Reno, NV 89519

_Virginia O'Sury_