Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendants
COUNTY OF LYON, AL MCNEIL, TYRELL JOYNER
ERIK PRUITT, BRAD POPE, AND NICHOLAS BAUGH

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY LEE STUTTS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LYON, AL McNIEL, DEPUTY TYRELL JOYNER, DEPUTY ERIK PRUITT, SERGEANT BRAD POPE, DEPUTY NICHOLAS BAUGH, CARSON-TAHOE HEALTH, Dr. MAURICE MAYER, ERIK MAKI, and STEPHANIE ELMQUIST,<br><br>　　　　　　Defendants. | CASE NO.   3:19-CV-00552-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff, JEREMY STUTTS, and Defendants, LYON COUNTY, AL McNEIL, TYRELL JOYNER, ERIK PRUITT, BRAD POPE, and NICHOLAS BAUGH, by and through their respective undersigned counsel, and hereby stipulate that the above-entitled matter

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

may be dismissed with prejudice in its entirety and each party to bear their own costs and attorney's fees.

| Dated this 15th day of July, 2020. | DATED this 15th day of July, 2020. |
|---|---|
| ORRIN JOHNSON LAW | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: __/s/ Orrin Johnson_____<br>Orrin J.H. Johnson, Esq.<br>611 Sierra Rose Drive, Suite B<br>Reno, Nevada 89511<br>T: 775-737-9937<br>F: 775-629-5503<br>orrin@orrinjohnsonlaw.com<br><br>Kenneth Ward, Esq.<br>15 West Main Street<br>Dayton, Nevada 89403<br>T: 775-246-7721<br>F: 775-246-7901<br>admin@lawofficeskennethvward.com<br>ATTORNEYS FOR PLAINTIFF<br>JEREMY STUTTS | By:___/s/ Katherine Parks_____<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>(775) 786-2882<br>kfp@thorndal.com<br>Attorneys for Defendants<br>LYON COUNTY, AL MCNEIL, TYRELL JOYNER, ERIK PRUITT, BRAD POPE, NICHOLAS BAUGH |

**ORDER**

It is so ordered.

DATED: July 15_____, 2020.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE